# Third District Court of Appeal

## State of Florida

Opinion filed March 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1664
Lower Tribunal No. 20-14794

_____

**Shoshanit Levy,**
Appellant,

vs.

**Boaz Levy,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Jason E. Dimitris, Judge.

Debra Kay Cohen, for appellant.

Lorenzen Law, P.A., and Dirk Lorenzen, for appellee.

Before SCALES, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.